UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| Nivel Parts & Manufacturing Co., LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Textron, Inc.,<br><br>    Defendant. | Case No.: 3:17-cv-00146-TJC-JRK |

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Nivel Parts & Manufacturing Co., LLC and Defendant, Textron Inc., through their respective undersigned counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, for their Joint Stipulation of Voluntary Dismissal with Prejudice state as follows:

1. On January 17, 2018, the Court was advised the parties had reached an agreement to settle the case. Dkt. 79.

2. This Court entered an Order on January 17, 2018, directing the parties to file a joint motion for dismissal to close out the file. Dkt. 78.

3. The parties have now executed a settlement agreement and hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1), to the voluntary dismissal of this action with prejudice, each side to bear its own costs and attorneys' fees.

Respectfully submitted this 9th day of February, 2018.

/s/ Robert M. Fuhrer
Robert M. Fuhrer (Admitted *pro hac vice*)
Robert.fuhrer@pillsburylaw.com

/s/ Dennis P. Waggoner
Dennis P. Waggoner – Trial Counsel
dwaggoner@hwhlaw.com

| | |
|---|---|
| Patrick A. Doody (Admitted *pro hac vice*)<br>Patrick.doody@pillsburylaw.com<br>Bryan P. Collins (Admitted *pro hac vice*)<br>Bryan.collins@pillsburylaw.com<br>Pillsbury Winthrop Shaw Pittman LLP<br>1650 Tysons Blvd.,14th Floor<br>McLean, VA 22102<br>T:  703-770-7900<br>F:  703-770-7901<br><br>Francis M. McDonald, Jr.<br>fmcdonald@mtwlegal.com<br>eservice@mtwlegal.com<br>Sara A. Long<br>slong@mwlegal.com<br>McDonald Toole Wiggins, P.A.<br>111 N. Magnolia Avenue, Suite 1200<br>Orlando, FL 32801<br>T:  407-246-1800<br>F:  407-246-1895<br><br>*Attorneys for Textron Inc.* | Florida Bar No. 509426<br>HILL WARD & HENDERSON, P.A.<br>101 East Kennedy Boulevard, Suite 3700<br>Tampa, FL 33602<br>T: 813-221-3900<br>F: 813-221-2900<br><br>Joel Weiss (Admitted *pro hac vice*)<br>Jacob Baldinger (Admitted *pro hac vice*)<br>Weiss & Arons LLP<br>1540 Route 202, Suite 8<br>Pomona, NY 10970<br>jweiss@weissarons.com<br>Tel: (845) 362-6100<br>Fax: (845) 362-6111<br><br>*Attorneys for Nivel Parts & Mfg. Co., LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 9, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/Dennis P. Waggoner*
Attorney

10883607v1