UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NIVEL PARTS &
MANUFACTURING CO., LLC,

    Plaintiff,

v.                                    Case No.  3:17-cv-146-J-32JRK

TEXTRON, INC.,

    Defendant.

_____

**O R D E R**

    Upon review of Joint Stipulation for Voluntary Dismissal With Prejudice (Doc. 80), filed on February 9, 2018, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

    **DONE AND ORDERED** in Jacksonville, Florida this 9th day of February, 2018.

*[signature]*
TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies:

Counsel of record